1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JAMUAL BROADBENT,                    No. CIV S-11-1711-JAM-CMK-P

12                    Petitioner,

13            vs.                               ORDER

14    M. MARTEL,

15                    Respondent.

16    _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.

19            Petitioner seeks the appointment of counsel (Doc. 24).  There currently exists no

20    absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

21    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

22    any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

23    § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

24    served by the appointment of counsel.  Further requests for the appointment of counsel will not

25    be considered.

26    / / /

                                                1

1          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

2   of counsel (Doc.24) is denied.

3

4   DATED:  March 12, 2012

5

6   **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26