IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUAL BROADBENT,<br><br>                Petitioner,<br><br>      vs.<br><br>M. MARTEL, Warden, Mule Creek State Prison,<br><br>                Respondent. | No. 2:11-cv-01711-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 35 and 36] |

      At Docket Numbers 35 and 36, Jamual Broadbent, a state prisoner appearing *pro se*, filed motions to proceed *in forma pauperis* on appeal.  There is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1]  Accordingly,

      **IT IS THEREFORE ORDERED THAT** the Motions to Proceed *In Forma Pauperis* at Docket Numbers 35 and 36 are **DENIED** as moot.

      Dated:  January 29, 2013.

                                                    /s/ James K. Singleton, Jr.
                                                        JAMES K. SINGLETON, JR.
                                                        United States District Judge

---

[1] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).